IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA BRADY, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. |
| AMERICAN MULTI-CINEMA, INC., Individually and d/b/a AMC Woodhaven 10 | : |
| and | : |
| AMC ENTERTAINMENT, INC., | : |
| Defendants | : |

## DEFENDANTS' NOTICE OF REMOVAL

TO:  United States District Court for the Eastern District of Pennsylvania

Defendants, American Multi-Cinema, Inc., Individually and d/b/a AMC Woodhaven 10 and AMC Entertainment, Inc., by and through their attorneys, Carroll McNulty & Kull, LLC, file this Notice of Removal pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

1.  On June 16, 2015, Plaintiffs commenced in the Court of Common Pleas of Philadelphia County, a civil action entitled *Amanda Brady v. American Multi-Cinerma, Inc., Individually and d/b/a AMC Woodhaven 10 and AMC Entertainment, Inc.*, by filing of a Civil Action Complaint. A copy of the Complaint is attached hereto as Exhibit "A" and is incorporated by reference, without adopting any of the allegations therein. The action was assigned the designation June Term, 2015, Docket No. 150602051.

2.  On June 22, 2015, Defendants received service of the Complaint via mail.

3. Plaintiff, Amanda Brady, alleges that she is an individual residing in the Commonwealth of Pennsylvania. Exhibit "A," ¶ 1. Plaintiff further alleges that he has suffered injuries as a result of a trip and fall at the AMC Woodhaven 10 theater located at 1336 Bristol Pike, Bensalem, Pennsylvania on or about July 16, 2013. Exhibit "A, ¶¶ 5 and 7.

4. Defendant American Multi-Cinema, Inc. operates the AMC movie theater known as the AMC Woodhaven 10, and is therefore the proper defendant in this action. American Multi-Cinema, Inc. is incorporated under the laws of the State of Missouri with its principal place of business in the State of Kansas. Consequently, for purposes of this removal action, American Multi-Cinema, Inc. is a citizen of Missouri and Kansas. *See* 28 U.S.C. § 1332(c)(1).

5. The remaining listed AMC Defendants named in Plaintiff's Complaint are not proper parties to this action and, accordingly, should be dismissed from the action at the appropriate time.

6. In his *ad damnum* clause, Plaintiff seeks "in excess of $50,000." *See* Exhibit "A."

7. Plaintiff alleges, *inter alia*, "serious and painful" injuries as a result of the July 16, 2013 incident, including but not limited to: "cuboid fracture, talus contusion and development of reflex sympathetic dystrophy (RSD) a/k/a complex regional pain disorder (CRPD) to the right foot; and damage to her bones, cells, muscles, tissues and her nervous system, some or all of which may be permanent in nature." *See* Exhibit "A," ¶ 12.

8. On or about May 12, 2015, Plaintiff's counsel sent a letter to Christopher Downard, Claims Adjuster, Constitution State Services, with a demand of $378,000.00. *See* Exhibit "B."

9. Plaintiff has made a demand in excess of the jurisdiction threshold established by 28 U.S.C. § 1332(a).

10. If Plaintiff's claims and allegations about the nature and the extent of her injuries are true, the jurisdictional threshold established by 28 U.S.C. § 1332(a) is met.

11. This Notice of Removal is timely.

12. This Honorable Court therefore has jurisdiction over this matter by virtue of 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

13. Promptly after filing this Notice of Removal, Defendants will give written notice of the removal of this case to Plaintiff and will file a copy of the Notice with the Prothonotary of the Court of Common Pleas of Philadelphia County.

14. AMC Defendants will submit a Notice to State Court of Removal.

WHEREFORE, Defendants respectfully request that the above-entitled action be removed from the Court of Common Pleas, Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

By _____
RALPH J. LUONGO, ESQUIRE
CARROLL MCNULTY AND KULL, LLC
Attorney I.D. No. 40336
ANNELIESE SCOTT, ESQUIRE
Attorney I.D. No. 93486
Two Liberty Place, Suite 2600
50 South 16th Street
Philadelphia, PA  19102
Attorney for Defendants

Dated:  June 30, 2015

## **CERTIFICATE OF SERVICE**

I do hereby certify that on June 30, 2015, I served a true and correct copy of the within Notice of Removal By Defendants, American Multi-Cinema, Inc., Individually and d/b/a AMC Woodhaven 10 and AMC Entertainment, Inc. upon all other parties to this action by depositing a copy, postage pre-paid in the United States mail, addressed as followed:

To:  Edward J. Zanine, Esq.
     Flager & Associates, PC
     One Northbrook Corporate Center
     1210 Northbrook Drive, Suite 280
     Trevose, PA 19053

_____
RALPH LUONGO

# Exhibit A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

JUNE 2015

E-Filing Number: 1506031876

**002051**

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>AMANDA L. BRADY | **DEFENDANT'S NAME**<br>AMERICAN MULTI-CINEMA, INC., ALIAS: D/B/A AMC WOODHAVEN 10 |
| **PLAINTIFF'S ADDRESS**<br>3648 DELANCEY DRIVE<br>BENSALEM PA 19020 | **DEFENDANT'S ADDRESS**<br>1336 BRISTOL PIKE<br>BENSALEM PA 19020 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>AMC ENTERTAINMENT, INC. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>C/O THE CORPORATION COMPANY  112 SW 7TH STREET, SUITE 3C<br>TOPEKA KS 66603 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | ☒ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☐ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**
2S - PREMISES LIABILITY, SLIP/FALL

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED<br>PRO PROTHY<br>JUN 16 2015<br>D. SAVAGE | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES     NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>AMANDA L BRADY</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>EDWARD J. ZANINE | ADDRESS<br>1210 NORTHBROOK DRIVE<br>SUITE 280<br>TREVOSE PA 19053 |
|---|---|
| **PHONE NUMBER**<br>(215)953-5200 | **FAX NUMBER**<br>(215)953-5214 |
| **SUPREME COURT IDENTIFICATION NO.**<br>83873 | **E-MAIL ADDRESS**<br>edward@flagerlaw.com |
| **SIGNATURE OF FILING ATTORNEY OR PARTY**<br>EDWARD ZANINE | **DATE SUBMITTED**<br>Tuesday, June 16, 2015, 10:26 am |

FINAL COPY (Approved by the Prothonotary Clerk)

FLAGER & ASSOCIATES, PC
BY: Edward J. Zanine
I.D. NO. 83873
One Northbrook Corporate Center
1210 Northbrook Drive, Suite 280
Trevose, PA 19053

JURY TRIAL DEMANDED



Attorney for Plaintiff

## IN THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA L. BRADY<br>3648 Delancy Drive<br>Bensalem, PA 19020<br>                Plaintiff<br><br>v.<br><br>AMERICAN MULTI-CINEMA, INC.,<br>Individually and d/b/a AMC WOODHAVEN 10<br>1336 Bristol Pike<br>Bensalem, PA 19020<br><br>      and<br><br>AMC ENTERTAINMENT, INC.<br>c/o The Corporation Company, Inc.<br>112 SW 7th Street, Suite 3C<br>Topeka, KS 66603<br><br>                Defendants | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br>CIVIL DIVISION<br><br><br><br><br><br>TERM, 2015<br>NO. |

## NOTICE

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that, if you fail to do so, the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

***YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.***

Case ID: 150602051

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral and Information Service
One Reading Center
Philadelphia, PA 19107
(215) 238-6300

### AVISO

Le han demandado a usted en la corte. Si usted guiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra desu persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6300

Case ID: 150602051

## COMPLAINT - CIVIL ACTION

1. Plaintiff, Amanda L. Brady, is an adult individual residing at 3648 Delancy Drive, Bensalem, Pennsylvania.

2. Defendant, American Multi-Cinema, Inc. is a foreign corporation organized and existing under the laws of the State of Missouri and authorized to conduct business in the Commonwealth of Pennsylvania with a principal place of business at 1336 Bristol Pike, Bensalem, Pennsylvania 19020.

3. Defendant, AMC Entertainment, Inc. is a foreign corporation organized and existing under the laws of the State of Delaware and authorized to conduct business in the Commonwealth of Pennsylvania with a principal place of business at 1336 Bristol Pike, Bensalem, Pennsylvania 19020.

4. At all times relevant, Defendants regularly conduct business in Philadelphia, including but not limited to the operation of movie theaters in and around the City of Philadelphia and the solicitation of customers through advertisements, and the promotion of their business affairs in the City and County of Philadelphia, Commonwealth of Pennsylvania.

5. On or about July 16, 2013, Plaintiff, Amanda L. Brady, was a business invitee of the Defendants at its theater, known as AMC Woodhaven 10, located at 1336 Bristol Pike, Bensalem, Pennsylvania. (hereinafter referred to as the "premises").

6. On said date, it was the duty of the Defendants to keep and properly maintain its premises in a reasonably safe condition for its business invitees.

Case ID: 150602051

7. On said date, Plaintiff, Amanda L. Brady, while attempting to exit her row of seats in a theater on the premises was caused to trip, fall and injure herself due to a dangerous and/or defective change in floor elevation and/or improper, dangerous or defective step and/or inadequate lighting maintained and permitted to exist by the Defendants by and through their agents, servants, workmen and employees. As a result thereof, Plaintiff sustained severe and serious injuries which are hereinafter more fully described.

## COUNT I

## PLAINTIFF V. DEFENDANTS

8. Plaintiff hereby incorporates by reference the averments set forth in the foregoing paragraphs as though the same were fully set forth at length herein.

9. The negligence and carelessness of Defendants and their agents, servants, workmen and employees, consisted of, but is not limited to, the following:

   (a) designing, creating and/or installing elevated aisles in the theater which lacked visual cues sufficient to allow business invitees to safely negotiate the same, particularly during movie showings, thereby creating an unreasonably dangerous tripping hazard;

   (b) creating stair risers and treads of unequal dimensions and/or irregular size, thereby creating an unreasonably dangerous tripping hazard;

   (c) utilizing materials which obscured the leading edges of the elevated aisles in the theater, thereby creating an unreasonably dangerous tripping hazard;

Case ID: 150602051

(d)  failing to utilize rounded leading edges in the design and/or construction of the steps and/or elevated aisles, which would have allowed for improved light modeling for better visibility, and which would have reduced the potential for serious injury in the event a business invitee should fall;

(e)  failing to maintain uniform light levels over the whole steps and/or elevated aisles and/or low glare light sources to improve visibility and reduce the likelihood of missteps;

(f)  deviating from building code requirements and/or proscriptions relating to and/or defining acceptable pitch of the steps and/or elevated aisles, the width of the surface on which to step and the height one is required to raise or lower the foot to ascend or descend from the elevated seating aisles;

(g)  creating reduced visibility of the leading edges of the steps and/or elevated aisles by utilizing risers less than approximately 125 mm (5 in) in height, and thereby creating an unreasonably dangerous tripping hazard;

(h)  permitting, allowing or creating a dangerous condition to exist in and upon the premises which was supervised, maintained, controlled and/or owned by the Defendants, after they knew or should have known of said condition;

(i)  failing to give Plaintiff proper and due notice of the dangerous condition existing on the steps and/or elevated aisles of the premises

Case ID: 150602051

    under their care, supervision and maintenance;

(j)  negligently inspecting the steps of its premises for conditions which posed a danger to its business patrons;

(k)  failing to give Plaintiff proper and adequate protection to which she was entitled as a business invitee of the Defendants;

(l)  failing to place warnings or proper barricades at the point of the accident to prevent the occurrence heretofore recited;

(m)  failing to provide adequate lighting;

(n)  failure to provide sufficiently wide aisles between the rows of seats;

(o)  failing to provide reasonably safe ingress and egress from the seating aisles for its customers such as Plaintiff.

10. Defendants had actual and/or constructive notice of the dangerous condition on the premises prior to the aforesaid accident, when Plaintiff was seriously injured.

11. Plaintiff, Amanda L. Brady, in no manner contributed to her injuries which resulted from the direct negligence of the Defendants and not from any act or failure to act on the part of Plaintiff.

12. As a direct result of the aforesaid negligence and carelessness of the Defendants, Plaintiff, Amanda L. Brady, sustained serious and painful injuries, including but not limited to: cuboid fracture, talus contusion and development of reflex sympathetic dystrophy (RSD) a/k/a complex regional pain disorder (CRPD) to the right foot; and damage to her bones, cells, muscles, tissues and her nervous system, some or all of which may be permanent in nature.

Case ID: 150602051

13. As a further result, Plaintiff has suffered such other injuries as might be discovered during the pendency of this case.

14. As a further result, Plaintiff has been forced to expend various and diverse sums of money in an effort to treat and cure her injuries and ills and may be required to do so for an indefinite period of time into the future, all to her great financial detriment and loss.

15. As a direct result of the aforesaid accident, Plaintiff has suffered and may in the future suffer great physical pain, mental anguish, emotional suffering, and other economic and non-economic losses.

16. Further, as a result of this accident, Plaintiff has suffered an interference with her usual duties, chores, life's pleasures and activities and may continue to suffer such interference in the future.

WHEREFORE, Plaintiff, AMANDA L. BRADY, demands judgment against the Defendants, AMC ENTERTAINMENT, INC. AND AMERICAN MULTI-CINEMA, INC, jointly and severally, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest, costs of suit and delay damages.

FLAGER & ASSOCIATES, P.C.

BY: _____
EDWARD J. ZANINE
Attorney for Plaintiff

## JURY DEMAND

Plaintiff hereby demands a jury trial of twelve jurors.

FLAGER & ASSOCIATES, P.C.

BY: _____
EDWARD J. ZANINE
Attorney for Plaintiff

Case ID: 150602051

Case 2:15-cv-03652-CMR   Document 1   Filed 06/30/15   Page 14 of 16

**VERIFICATION BASED UPON PERSONAL KNOWLEDGE
AND INFORMATION SUPPLIED BY COUNSEL**

I, Amanda Brady, verify that I am the Plaintiff in the foregoing action and that the attached Complaint is based upon the information which has been gathered by my counsel in preparation of this lawsuit. The language of the Complaint is that of counsel. I have read the Complaint, and to the extent that it is based upon information which I have given to my counsel, it is true and correct to the best of my knowledge, information and belief. To the extent that the contents of the Complaint are that of counsel, I have relied upon counsel in making this Verification.

I understand that intentional false statements herein are made subject to the penalties of 18 Pa. C.S. A. §4904 relating to unsworn falsifications made to authorities.

x A. Brady

6-16-15
DATED

Case ID: 150602051

# Exhibit B



**Flager & Associates, PC**

A Professional Corporation
ATTORNEYS AT LAW

RANDALL C. FLAGER*
EDWARD J. ZANINE*

COUNSEL TO THE FIRM
HARVEY A. SERNOVITZ

LEGAL ASSISTANTS

SHERRY D. BROOKS
DONNA PECILLO
KIM DWYER, RN
TERRI SNEAD

* Member of NJ & PA Bars

One Northbrook Corporate Center
1210 Northbrook Drive, Suite 280
Trevose, PA 19053
(215) 953-5200 • FAX: (215) 953-5214

1-888-470-1099
mail@FlagerLaw.com
www.FlagerLaw.com

May 12, 2015

UMCC
**MAY 1 8 2015**
Overland Park

Christopher J. Downard,
Claims Adjuster
Constitution State Services
7465 W 132nd Street
Overland Park, KS  66213

  RE:  Your Insured:        AMC, Inc.
       Our Client:          Amanda L. Brady
       Our File Number:     217174
       Your Claim Number:   EXF6641
       Date of Accident:    7/16/2013

Dear Mr. Downard:

   Enclosed herewith are copies of all bills and reports in our possession at this time on the above claim.

   In light of this, it seems appropriate to inquire whether your company desires to resolve this matter amicably short of the institution of litigation. We are more than willing to begin negotiations towards settlement by stating a demand figure of $378,000.00. We would appreciate your written response in the near future.

   Thank you for your courtesy and cooperation in this matter.

                                        Very truly yours,

                                        *[signature]*
                                        RANDALL C. FLAGER

RCF/KD/amm
Enclosures